```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

SANDRA EALUM,                         :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :    CIVIL ACTION 02-0238-CB-M
                                      :
JO ANNE B. BARNHART,                  :
Commissioner of                       :
Social Security,                      :
                                      :
    Defendant.                        :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the Petition for Authorization of Attorney Fees filed by Plaintiff's attorney, Byron A. Lassiter, be and is hereby **GRANTED**, without objection, and that Plaintiff's attorney be **AWARDED** a fee of $8,665.75 for his services before this Court. It is **FURTHER ORDERED** that Mr. Lassiter refund to Plaintiff the sum of $1,162.50, which sum represents the EAJA fee he was awarded.

DONE this 9th day of May, 2005.

                              <u>s/Charles R. Butler, Jr.</u>
                              SENIOR UNITED STATES DISTRICT JUDGE